UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 7 No. 09-79540
Matthew W. Waterman and
Lisa M. Waterman  Hon. Walter Shapero
                Debtors.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

U.S. Bank, N.A., by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 6011 Arcola St, Garden City, MI 48135-2526; and the approximate market value of the property is $73,000.00; and the current debt owing is approximately $137,016.77, which includes Movant's Attorney fees and costs for filing this Motion; and any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 6011 Arcola St, Garden City, MI 48135-2526 to allow Creditor to commence or continue its federal and/or state law rights to the property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**Signed on March 08, 2010**

                                        **____ __/s/ Walter Shapero_ ____**
                                        **Walter Shapero**
                                        **United States Bankruptcy Judge**